

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL PASO,
TEXAS

| | | |
|---|---|---|
| ANDRE SEAN MCDONALD, | § | No. 08-23-00133-CR |
| Appellant, | § | Appeal from the |
| v. | § | 399th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2019CR10911) |

## **O R D E R**

The Court has considered Appellant's Motion for Rehearing and concludes that the motion should be DENIED.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.